UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTIE JOHNSON, et al.,

               Plaintiffs,

     v.

BRANDI MONTS,

               Defendant.

KRISTIE JOHNSON, et al.,

               Plaintiffs,

     v.

SUE BIRCH,

               Defendant.

Case Nos. 3:23-cv-05972-TMC;

         3:23-cv-05973-TMC

ORDER CONSOLIDATING CASES

       This matter comes before the Court at the recommendation of Magistrate Judge David Christel. *Johnson, et al. v. Birch*, 3:23-cv-05973-TMC ("*Birch*"), Dkt. 6. In his Order Granting Applications to Proceed In Forma Pauperis, Judge Christel recommended review as to whether the Court should consolidate *Birch* and *Johnson, et al. v. Monts*, 3:23-cv-5972-TMC ("*Monts*"). *See Birch*, Dkt. 6. Having reviewed the complaints and the balance of the records in the above-

captioned matters, the Court CONSOLIDATES both actions for all purposes, including trial.

Under Federal Rule of Civil Procedure 42(a), a court may consolidate "actions before the court [that] involve a common question of law or fact." Courts have broad discretion to consolidate cases pending in the same district. *Garity v. APWU Nat'l Labor Org.*, 828 F.3d 848, 855–56 (9th Cir. 2016). A court may consolidate actions sua sponte, without a motion from the parties. *See In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) ("[C]onsolidation is within the broad discretion of the district court . . . and trial courts may consolidate cases sua sponte.").

Here, Plaintiffs name a different defendant in each case, but the two complaints are otherwise identical and contain the same factual allegations and legal claims. *Compare Monts*, Dkt. 7 *with Birch*, Dkt. 7. The cases thus share common questions of law and fact. *See* Fed. R. Civ. P. 42(a). Moreover, consolidating the cases would serve "judicial economy," "expedite resolution of the case," and avoid "inconsistent results." 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2383 (3d ed., Apr. 2022 Update).

Accordingly, the Court hereby ORDERS:

- *Johnson, et al. v. Monts*, 3:23-cv-5972-TMC and *Johnson, et al. v. Birch*, 3:23-cv-05973-TMC are CONSOLIDATED for all purposes, including trial.

- All future filings in this consolidated action must be filed under case number 3:23-cv-05972-TMC, with the following caption: *Kristie Johnson, et al. v. Brandi Monts and Sue Birch*, 3:23-cv-05972-TMC.

- The Clerk is DIRECTED to administratively close *Johnson, et al. v. Birch*, 3:23-cv-05973-TMC.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER CONSOLIDATING CASES - 2

Dated this 10th day of January, 2024.

Tiffany M. Cartwright
United States District Judge